NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**SEIRUS INNOVATIVE ACCESSORIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**CABELA'S INC.,**
*Defendant-Cross Appellant,*

AND

**ROSS GLOVE COMPANY,**
*Defendant-Cross Appellant,*

AND

**UNITED STATES,**
*Defendant-Appellee.*

———————————————

2012-1162, -1210, -1213

———————————————

Appeals from the United States District Court for the Southern District of California in case no. 09-CV-0102, Judge Marilyn L. Huff.

———————————————

**ON MOTION**

———————————————

**O R D E R**

SEIRUS INNOVATIVE ACCESSORIES v. CABELA'S INC.                    2

Upon consideration of parties' joint motion to with-draw the above-captioned appeals,

IT IS ORDERED THAT:

(1)   The motion is granted.   The appeals are dis-missed.

(2)  Each side shall bear its own costs.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS A MANDATE: April 10, 2013